IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTOINE ELLIS,**<br>          **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **MONTGOMERY COUNTY AND MONTGOMERY COUNTY CORRECTIONAL FACILTY,**<br>          **Defendants.** | **NO.  16-2143** |

## SCHEDULING ORDER

**AND NOW**, this 15th day of August, 2016, following a Preliminary Pretrial Conference, **IT IS ORDERED** as follows:

1.   Jurisdictional discovery shall be completed by October 14, 2016.

2.   The parties shall continue to brief Defendants' motion to dismiss (ECF No. 10) according to the schedule set forth in the Court's rules.  Additionally, Defendants are granted leave to file a supplemental brief in support of their motion no later than October 21, 2016, and Plaintiff is granted leave to file a supplemental response by October 28, 2016.

3.   Any further deadlines in this matter shall be established at a status conference to be scheduled after a decision on Defendants' motion to dismiss has been issued.

                                                                BY THE COURT:


                                                                /S/WENDY BEETLESTONE, J.


                                                                _____
                                                                **WENDY BEETLESTONE, J.**