IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTOINE ELLIS and DANIEL SPEAKMAN,**<br>　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**MONTGOMERY COUNTY and MONTGOMERY COUNTY CORRECTIONAL FACILTY,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  16-2143** |

# O R D E R

**AND NOW**, this 27th day of January, 2017, upon consideration of Defendants Montgomery County and Montgomery County Correctional Facility's Motion to Dismiss for Lack of Jurisdiction (ECF No. 10); Plaintiffs Antoine Ellis and Daniel Speakman's Response in Opposition thereto (ECF No. 15); Defendants' Reply in Support thereof (ECF No. 16); Defendants' Supplemental Brief in Support thereof (ECF No. 20); Plaintiffs' Supplemental Response in Opposition thereto (ECF No. 22); Defendants' Supplemental Reply in Support thereof (ECF No. 23), after oral argument, and for the reasons set forth in the Court's Opinion of January 27, 2017 (ECF No. 27), **IT IS ORDERED** that Defendants' motion is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

　　　　The clerk of the Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　　　/s/ Wendy Beetlestone
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**